PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** James Edward Pender     **Docket Number:** 93-00645-003(SD/NY)
**PACTS Number:** 4462     **D/NJ Docket Number:**

**Name of Sentencing Judicial Officer:** Honorable Charles S. Brieant, United States District Judge, SD/New York

**Date of Original Sentence:** 04/15/1994

**Original Offenses:** Conspiracy to Commit Armed Bank Robbery, Bank Robbery, Armed Bank Robbery, and Use of a Firearm during a Crime of Violence

**Original Sentence:** 111 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised release     **Date Supervision Commenced:** 7/3/05

**Assistant U.S. Attorney:** Sharon Ashe, 970 Broad Street, Room 502 Newark, New Jersey (973) 645-2700

**Defense Attorney:** John Yauch, AFPD, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

<u>On 4/19/2010, jurisdiction of this matter was transferred from the Southern District of New York.</u>

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On April 5, 2010, DEA arrested Pender and charged him with Conspiracy to Possess with Intent to Distribute more than 1 Kilogram of Heroin. |
| 2. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' From March 5, 2010 until April 5, 2010, Pender engaged in criminal activity with felon Russell Fluker. On March 11, 2004, Fluker was found guilty of Credit Card Fraud, a felony, in the Superior Court of New Jersey (Union County). |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 4/20/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] Other

Signature of Judicial Officer
4/29/10
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

April 20, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

United States District Court
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: PENDER, James
Supervised Releasee
**NOTICE OF NEW ARREST /
REQUEST FOR A WARRANT**

Dear Judge Designate:

On April 15, 1994, the above-named offender was sentenced in U.S. District Court, Southern District of New York on charges of Conspiracy to Commit Armed Bank Robbery, Bank Robbery, Armed Bank Robbery, and Use of a Firearm during Crime of Violence to 111 months, 5 years supervised release. On July 3, 2005, Pender was released from custody, and he commenced the supervision term. We write to provide notification of the offender's new arrest, and we charge that he is in violation of another condition of supervised release. We recommend the issuance of a warrant for the arrest of James Pender.

On April 5, 2010, the DEA arrested the offender and charged him with Conspiracy to Distribute and Possession with Intent to Distribute 1 Kilogram of Heroin. The criminal conduct in this case occurred between March 5, 2010 and April 5, 2010. Pender remains in federal custody on this matter.

We charge that Pender violated the standard condition of supervision which reads the defendant shall not associate with persons engaged in criminal activity. As evidenced by the offense conduct, the offender associated with felon Russell Fluker.

Pender's prior criminal record includes three narcotics-related convictions, Receiving a Stolen Motor Vehicle (2 counts), and Criminal Possession of a Defaced Firearm. The offender is a danger to the community; he is a flight risk, and he does not own real property. He faces significant prison exposure for his new offense as well as Violation of Supervised Release. These factors enhance Probation's assessment that the offender is a flight risk. In view of these factors, we ask for the issuance of a warrant to serve as a detainer.

We request that Your Honor review and sign attached Probation Form 12 C (Violation of Supervised Release) and a warrant be issued for the arrest of James Pender. Please contact the undersigned officer directly at 973/645-4590 if there are any questions.

Sincerely,

Thomas J. Stone
Senior U.S. Probation Officer

Attachment.

